# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0310.  LYNDON E. CARR v. THE STATE.**

Lyndon E. Carr was found guilty of possession of cocaine with intent to distribute and possession of marijuana with intent to distribute.  We affirmed his convictions on appeal.  See *Carr v. State*, 262 Ga. App. 676 (586 SE2d 337) (2003).  Recently, he filed a motion to vacate judgment, which the trial court dismissed.  He then filed this application for discretionary review.

Although Carr has included a copy of the trial court's order, the order was not a stamped "filed" copy as required by Court of Appeals Rule 31 (c).  Without such a copy of the order, we cannot ascertain if the application was filed within 30 days of the day it was entered by the trial court clerk, which is a jurisdictional prerequisite.  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, on February 24, 2017, we ordered Carr to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We provided that failure to comply with this directive would result in dismissal of the application.  Carr did not submit a stamped "filed" copy of the trial court order within ten days of our order.

Without a stamped "filed" copy of the trial court order, we are unable to entertain jurisdiction over this case. Accordingly, Carr's application is hereby DISMISSED. In light of this disposition, Carr's motion for the appointment of counsel is hereby DENIED as MOOT.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/16/2017     *
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

2